DISMISSAL FORM FOR CIVIL CASES ON ANT'S MOTION /SETTLEMENT 




 NO. 12-03-00335-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




JAMES ANDREWS, INDIVIDUALLY,

AND ON BEHALF OF THE §
 APPEAL FROM THE 392ND

HEIRS AND BENEFICIARIES OF 

CLYDE L. ANDREWS AND 

BOBBY ANDREWS,

APPELLANTS


V.
§
 JUDICIAL DISTRICT COURT OF



WINDSOR HEALTH CARE II, CORP. 

(as to CHANDLER NURSING HOME)
§
 HENDERSON COUNTY, TEXAS






 MEMORANDUM OPINION


PER CURIAM


 Appellants have filed a motion to dismiss this appeal, and all other parties to the appeal have
been given notice of the filing of this motion. In their motion, Appellants represent that the parties
have reached an agreement disposing of all issues presented for appeal. Because Appellants have
met the requirements of Tex. R. App. P. 42.1(a)(2), the motion is granted, and the appeal is
dismissed. 

Opinion delivered December 23, 2003.

Panel consisted of Worthen, C.J., Griffith, J., and DeVasto, J.








(PUBLISH)